UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOSE ROSARIO SERRANO,                                              :
                                                                   :
                        Plaintiff,                                 :
                                                                   :                25-cv-00881 (LJL)
          -v-                                                      :
                                                                   :                ORDER
FEFA EXPRESS, INC. and FERDI HACIALI,                              :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This order documents the rulings made at the post-discovery status conference on February 11, 2026. The Court amends the remaining deadlines and trial schedule as follows:

Motions for summary judgment are to be filed by March 20, 2026. Responses are to be filed by March 27, 2026 and replies are due by April 2, 2026.

The joint pretrial order, motions in limine, requests to charge, and proposed voir dire are due by April 10, 2026. Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due by April 17, 2026.

A final pretrial conference is scheduled for May 6, 2026 at 2:00 p.m. and will take place in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

The jury trial will begin on May 11, 2026 at 9:30 a.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: February 11, 2026
       New York, New York                                   _____
                                                                     LEWIS J. LIMAN
                                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/11/2026