WWW.GVLAW.COM

# GALLO VITUCCI KLAR LLP

Sherri A. Jayson
Partner
Manhattan Midtown
sjayson@gvlaw.com
212-683-7100

**REQUEST GRANTED.**                April 16, 2026
The Jury Trial previously set for May 11, 2026 is rescheduled to August 3, 2026.  The Final Pretrial Conference is rescheduled to July 28, 2026 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.  The joint pretrial order, motions in limine, requests to charge, and proposed voir dire will now be due by July 6, 2026. Any oppositions to motions in limine and responses to requests to charge and proposed voir dire will now be due by July 13, 2026.

**By ECF Only**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

4/17/2026   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:      Serrano v. Fefa Express Inc. et al.
         Case No.: 1:25-cv-00881

Dear Judge Liman:

The parties submit this joint letter motion seeking to adjourn the trial.  Trial is scheduled for May 11, 2026.  The Court has asked the parties to advance the trial date to the week of May 4.

Preliminarily, the parties apologize to the Court for not having complied with the Court's Orders and for the delay in the completion of discovery.  This was inadvertent and simply due to heavy caseloads and calendars.  While expert discovery was to be completed by February 6, 2026, party depositions had not yet been completed by that date.  Nevertheless, the parties worked together and diligently to complete discovery.

Defendants filed a motion for summary judgment on March 19, 2026 (ECF Doc. Nos. 25-28).  The Court issued its Order denying the motion on April 10, 2026 (ECF Doc. No. 37).  The parties served their expert disclosures at the end of March 2026.  Specifically, Plaintiff intends to call Drs. Sinha and Apazidis (two of his treating physicians) and Dr. Winiarsky (a retained expert) as his medical experts at trial.  As such, Defendants have not had an opportunity to conduct Plaintiff's experts' depositions.

Moreover, Patrick Cooney, who will be trying this case on behalf of Defendants is engaged in several trials between May 4 and July 14.  He has a trial starting on May 4 in New Jersey, which he expects will take 2-3 weeks.  A trial in Kings County that is due to start on May 14, 2026 or immediately following the conclusion of the May 4 trial, which he expects to last 2½ weeks.  He has another trial in Westchester County, where the counsel of record have already submitted affirmations stating that they would not submit affirmations of other engagement or seek to adjourn the trial, that will commence on June 17, which he expects will last 2-3 weeks.  Finally, he has a trial that is set to start in Bronx County on July 14, 2026.

Manhattan 711 Third Avenue, Suite 500, New York, NY 10017
Westchester 3 West Main Street, Suite 302, Irvington, NY 10533   Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797
New Jersey 3 University Plaza, Suite 402, Hackensack, NJ 07601   California 1212 Broadway Plaza, Suite 2100, Walnut Creek, CA 94596
Texas 5700 Tennyson Parkway, Suite 300, Plano, TX 75024   Georgia 1 West Courthouse Square, Suite 750, Decatur, GA 30030

Hon. Lewis J. Liman
April 16, 2026
Page 2

  Mr. Forzano is also engaged in trial in Kings County from June 4, which he expects will last 3 weeks.

  In light of Mr. Cooney's upcoming back to back trials, we would respectfully request that the trial in this case be adjourned to a date that suits the Court's calendar in early August.  That will also provide sufficient time for Defendants to conduct Plaintiff's experts' depositions.  We would add that the expert depositions may assist in the valuation of this case and the potential for renewed settlement discussions.

  Mr. Forzano consents to and joins in this request.

        Very truly yours,

        Sherri A. Jayson

cc:  Anthony J. Forzano, Esq.