UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                             :

JOSE ROSARIO SERRANO,              :

                             :

          Plaintiff,          :                 25-cv-00881 (LJL)

                             :

    -v-                      :

                             :                 ORDER

FEFA EXPRESS, INC. and FERDI HACIALI,  :

                             :

         Defendants.       :

                             :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _06/29/2026_

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on June 29, 2026.

Plaintiff withdraws Dr. Anjani Sinha as an expert witness.  The parties are directed to meet and confer with respect to the depositions of Dr. Raz Winiarsky and Dr. Alexios Apazidis. The parties shall file a letter by July 3, 2026 informing the Court of the dates of the depositions of these two witnesses.

The Court amends the pre-trial deadlines as follows.  The joint pretrial order, motions in limine, requests to charge, and proposed voir dire are due by July 17, 2026.  Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due by July 24, 2026.

    SO ORDERED.

Dated: June 29, 2026
      New York, New York              _____
                                   LEWIS J. LIMAN
                           United States District Judge