USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ROSARIO SERRANO,

Plaintiff,

-v-

FEFA EXPRESS, INC. and FERDI HACIALI,

Defendants.

25-cv-00881 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on July 20, 2026.

Plaintiff's motion to enforce the settlement shall be filed by July 23, 2026. Defendants shall respond by July 28, 2026. Plaintiff shall reply by July 31, 2026.

The Court will hold a hearing on the motion on August 3, 2026 at 9:30 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse. The trial currently scheduled for that date is adjourned *sine die*. The parties should be prepared to discuss a new trial date at the hearing. The parties are relieved of the deadline for pretrial filings, with a new schedule to be set at the hearing.

SO ORDERED.

Dated: July 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge