USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ROSARIO SERRANO,

Plaintiff,

-v-

FEFA EXPRESS, INC. and FERDI HACIALI,

Defendants.

25-cv-00881 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has received the declarations of Anthony Forzano, Bryan Schwartz, and Ericson Chee which were filed in relation to Plaintiff's motion for settlement enforcement. Dkt. Nos. 49–53. The Court expects these individuals to be present and to be prepared to testify if necessary at the hearing on August 3, 2026.

SO ORDERED.

Dated: July 31, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge